IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:21-cr-105

SAUVEUR BLANCHARD, JR.,

    Defendant.

## JUDGMENT OF ACQUITTAL

This matter came on for a trial by the Court on April 17, April 18, April 19, April 24, April 25, April 26, May 2, and August 9. The Court made a finding of NOT GUILTY as charged in Counts 1, 2, 3, 4 and 5. It is therefore ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

And it is SO ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
DATE: August 10, 2023